IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REMY BUBBA KUSH,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM HENRY GATES III, et al.,<br><br>        Defendants. | **JUDGMENT**<br><br>Case No. 2:23-cv-00457-JNP-DBP<br><br>Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that plaintiff Remy Bubba Kush's action is dismissed with prejudice.

**DATED** October 20, 2023.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge